```
 1  WILLIAM M. KUNTZ  # 153052
    Attorney at Law
 2  4780 Arlington Avenue
    Riverside, CA 92504
 3  (951) 343-3400
    Fax (951) 343-4004
 4  E-Mail: KuntzSSlaw @sbcglobal.net
    Attorney for Plaintiff
 5
 6
 7
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| AUGUSTINE PEREZ, | CASE NO.: **EDCV 14-02626 JPR** |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND DOLLARS and 00/cents ($3,000.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: June 27, 2016

JEAN ROSENBLUTH
HONORABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE